```
_____ FILED _____ LODGED
          _____ RECEIVED
```

Feb 21, 2018

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18- 5073 |
| Plaintiff, | |
| v. | INFORMATION |
| HAYLEY N. MILLER, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

On or about August 29, 2017, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, HAYLEY N. MILLER, knowingly and intentionally did possess Marijuana, a substance controlled under 21 U.S.C. § 812.

///

///

///

INFORMATION
United States v. HAYLEY N. MILLER
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

All in violation of 18 U.S.C. § 7, and 21 U.S.C. § 844.

DATED this 21st day of February, 2018.

ANNETTE L. HAYES
United States Attorney

_____
CATHY H. HARTSFIELD
Special Assistant United States Attorney

INFORMATION
United States v. HAYLEY N. MILLER
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil